# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Previously **JS-6**

| | |
|---|---|
| LANDON ROBINSON, individually, and on behalf of other members of the general public similarly situated<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP.; DOES 1-10,<br>Defendant. | Case No.<br><br>2:18-CV-00880-ODW-AS<br><br>**ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated : June 11, 2018

_____
Honorable Judge of the District Court